■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT MOORE, Appellant. [619 NYS2d 1002] —Judgment unanimously affirmed. Memorandum: County Court did not abuse its discretion in denying defendant youthful offender status. CPL 720.10 provides that a youth who is convicted of first degree sodomy is not eligible for youthful offender status unless the court finds, *inter alia,* "mitigating circumstances that bear directly upon the manner in which the crime was committed" (CPL 720.10 [2], [3]). Defendant does not cite any circumstances "that bear directly upon the manner in which the crime was committed", but rather only general factors *(see, People v Garcia,* 84 NY2d 336). Therefore, defendant is not eligible for youthful offender status and imposition of the bargained-for sentence is not harsh or excessive. (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Sodomy, 1st Degree.) Present—Balio, J. P., Lawton, Wesley, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN ROBINSON, Appellant. [619 NYS2d 1002] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of robbery in the first degree and grand larceny in the fourth degree. There is no merit to his contention that the verdict is contrary to the weight of evidence. Minor inconsistencies in the testimony of prosecution witnesses do not render that testimony incredible as a matter of law *(see, People v Christian,* 139 AD2d 896, *lv denied* 71 NY2d 1024), and there is no basis in this record to disturb the court's resolution of witness credibility *(see, People v Bleakley,* 69 NY2d 490, 495). (Appeal from Judgment of Monroe County Court, Bristol, J.—Robbery, 1st Degree.) Present— Balio, J. P., Lawton, Wesley, Callahan and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD VACARELLI, Appellant. [619 NYS2d 1002] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Supreme Court, Monroe County, Cornelius, J.— Bail Jumping, 2nd Degree.) Present—Balio, J. P., Lawton, Wesley, Callahan and Davis, JJ.